CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford | CASE NUMBER: |
| | 5:19-cv-02324-JGB-SP |
| v.                                         Plaintiff(s) | |
| Washington Fund V, LLC et al | **NOTICE OF<br>MEDIATION DATE** |
| Defendant(s). | |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for <u>November 2, 2020</u>                at <u>1:30</u>        ☐ a.m. / ☑ p.m.

**LOCATION:**  <u>Zoom https://zoom.us/j/94398995301?pwd=K2lGZFVyamxFWjMwYjFQdE5jMkVoQT09</u>

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** <u>October 30, 2020</u>

**Panel Mediator:** <u>Alan M. Kindred</u>

**Address:** <u>Leech Tishman</u>

<u>200 S Los Robles Ave, Suite 300</u>

<u>Pasadena CA 91101</u>

**Phone:** <u>626-796-4000 ext. 327</u>